IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>MARTIN LOPEZ-MARTINEZ,<br><br>                  Defendant. | 8:19-CR-407<br><br>**ORDER DISMISSING FORFEITURE ALLEGATION** |

This matter is before the Court upon the government's Motion to Dismiss the Forfeiture Allegation of the Indictment. Filing 58. Having reviewed the record, the Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

1. The Motion to Dismiss the Forfeiture Allegation, Filing 58, is hereby granted; and

2. The Forfeiture Allegation of the Indictment is hereby dismissed.

Dated this 9th day of June, 2022.

                                                                  BY THE COURT:

                                                                  Brian C. Buescher
                                                                  United States District Judge